# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 12, 2010

No. 09-50345
Summary Calendar

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

AMANDA CELINA BERMEA,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:05-CR-330-1

Before WIENER, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Amanda Celina Bermea appeals the 30-month sentence imposed following the revocation of her supervised release for failing to submit to drug testing, failing to attend drug counseling, and failing to report to her probation officer. Bermea argues that her sentence, which was above the guidelines range, is unreasonable because it is greater than necessary to accomplish the sentencing objectives of 18 U.S.C. § 3553(a).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Because Bermea did not object to the reasonableness of her sentence in the district court, review is limited to plain error only. *See United States v. Whitelaw*, 580 F.3d 256, 259 (5th Cir. 2009). The 30-month sentence did not exceed the statutory maximum term of imprisonment authorized upon revocation of supervised release. Bermea has therefore not shown plain error with regard to the reasonableness of her sentence. *See id.* at 265.

AFFIRMED.